## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

SHERRY ANN WALLIES                                              PLAINTIFF

V.                              No. 3:23-CV-155-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                  DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND
ADJUDGED that judgment be entered for Plaintiff, Sherry Wallies, reversing the
decision of the Commissioner and remanding this case to the Commissioner for
further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan
v. Sullivan*, 501 U.S. 89 (1991).

DATED this 27th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE