IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHERRY ANN WALLIES**                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:23-CV-00155-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Kilolo Kijakazi, Acting Commissioner**                                **DEFENDANT**

## ORDER

Sherry Wallies's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 United States Code section 2412, in the amount of $5,458.80 [Doc. No. 12] is granted. These fees shall be paid by the Social Security Administration directly to Wallies, subject to a federal administrative offset if Wallies has outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586, 593 (2010).

IT IS SO ORDERED this 3rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE